FRANCIS A. McGURK, Respondent, v. ALADA C. SENITHA, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PLATON STASIUK, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to reverse and dismiss the information.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LESAJANSKY, Appellant.— Judgment reversed and the information dismissed on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to affirm.

JEROME MYER et al., as Trustees under a Trust Indenture Dated April 21, 1942, Respondents, v. JULIUS MYER et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of CHARLES D. CRANDELL, Petitioner, against EDWARD M. BERNECKER, as Commissioner of the Department of Hospitals of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ISAAC G. KRUMNAS, Respondent, v. PETER RAIDBERG, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 889.]

## (February 11, 1944.)

HERMAN L. BITTERMAN, Respondent, v. LOUIS SCHULMAN, Appellant.

*Per Curiam.* Upon the evidence in this case, we find that the parties did not contemplate that the contract was to be performed exclusively in the State of New Jersey. Nor is there any proof that the parties intended that it was to be governed by the laws of any State other than that in which it was made. In the circumstances, the trial court properly applied the *lex loci contractus.* The judgment should be affirmed, with costs.

Glennon, Cohn and Callahan, JJ., concur; Martin, P. J., and Townley, J., dissent and vote to reverse and grant judgment for defendant on the ground that the facts and the law require a holding that this contract is governed by the laws of the State of New Jersey.

Judgment affirmed, with costs.